AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
Jose Alejandro GARCIA., YOB: 1993, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: 7:18 mj 1869

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 6, 2018__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 106.5 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 106.5 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

Signature of Complainant
Steven Picone, DEA Special Agent

Sworn to before me and subscribed in my presence,

September 6, 2018 — 12:36 p.m.    At    McAllen, Texas
Date                                      City and State

Juan Alanis, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

Approved by David A Lindenmuth

9/6/18

ATTACHMENT "A"

On September 6, 2018, BPA Dayan Rodriguez was conducting line watch duties in the RGC AOR. At approximately 5:11 a.m., the agent operating the aerostat 4 observed several subjects walking through the brush in an area that is known for narcotic smuggling. Immediately, he notified BPA Dayan Rodriguez of the traffic. He then observed more subjects walking through the brush carrying bundles of what appeared to be narcotics. Agents later observed a vehicle (Gray 2015 BMW 4 door) arrive in the area where the subjects were hiding. Agents observed the subjects running towards the vehicle and began loading the suspected narcotics. Agent Rodriguez immediately contacted nearby agents via service radio of his observations. The aerostat operator observed the vehicle drive onto a property and the driver bailed out and ran into a nearby brush. Agent Rodriguez arrived to the area where the vehicle was abandoned. Agent Rodriguez looked inside the vehicle and saw 4 bundles of suspected marijuana in the back seat. Responding agents arrived on scene and started to search the brush for the driver. Canine handler BPA Oscar Sanchez and his partner Roki (150356) arrived on scene. K9 Roki was deployed and began to track the subject. After several minutes of searching, the driver was apprehended while hiding in the brush. The driver was identified as GARCIA, Jose Alejandro Jr. and a citizen of United States.

A total of 4 bundles of narcotics were located inside of the vehicle. A thorough search for additional narcotics and subjects was to no avail. Agents ran a registration check on the load vehicle and determined the vehicle was registered to Jose Alejandro GARCIA Jr. which was the subject apprehended by USBP Agents. The narcotics were transported to the Rio Grande City Border Patrol Station for processing. Agents determined the contents to test positive for marijuana and weighed 106.5 kilograms.

S/A Steve Picone and TFO Eduardo Hernandez responded to the USBP Station in Rio Grande City, TX and made contact with Jose Alejandro GARCIA regarding his arrest. GARCIA exercised his right to an attorney and refused to provide Agents a statement.